**XINGBO HU,**

Plaintiff,

v.

**THE PARTNERSHIPS and**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE "A"**

Defendants.

**Civil Action No. 4:25-cv-897**

## SCHEDULE A – SEALED DOCUMENT

This document is being filed under seal with a motion for leave to file documents under

Seal. A full version of Schedule A will be filed separately under seal and will remain under seal

until further order of this court.

DATED August 18, 2025.                                    Respectfully submitted,


By: */s/ Timothy Wang*
Timothy Wang
Texas Bar No.: 24067927
twang@nilawfirm.com
Tong Jin
Texas Bar No. 24110051
tjin@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900


*Counsel for Plaintiff*