**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **XINGBO HU,**<br><br>Plaintiff,<br><br>v.<br><br>**THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**<br><br>Defendants. | **Civil Action No. 4:25-cv-897** |

## **EXHIBIT 1 – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Exhibit 1 will be filed separately under seal and will remain under seal until further order of this court.

DATED August 18, 2025.                                    Respectfully submitted,

By: */s/ Timothy Wang*
Timothy Wang
Texas Bar No.: 24067927
twang@nilawfirm.com
Tong Jin
Texas Bar No. 24110051
tjin@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*